```
                                                          FILED
                                                         JAN 03 2006
                                                      RICHARD W. WIEKING
                                                    CLERK U.S. DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA
```



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SL SERVICE INC., | No. C05-01512 MJJ |
| Plaintiff, | **ORDER RE: STIPULATION FOR PROTECTIVE ORDER** |
| v. | |
| PACIFIC EMPLOYERS, | |
| Defendant. | |

On December 12, 2005, the parties filed a Stipulation for Protective Order (Doc. #27). The Court has reviewed the parties' proposed Protective Order, and orders the parties to submit a revised Stipulated Protective Order that conforms to the following requirements:

1) When defining what constitutes "Confidential Information," add a provision which provides that the information sought to be protected is properly subject to protection under FRCP Rule 26(c) and that counsel shall not designate any discovery material "CONFIDENTIAL" without first making a good faith determination that protection is warranted;

2) Provide detailed instructions for filing confidential materials under seal. In addition to placing documents in a sealed envelope with instructions that the document is filed pursuant to the Stipulated Protective Order and that the envelope is not to be opened absent further order of the court, the envelope should be labeled to identify the title of the case, the case number, and the title of the document;

3) The Agreement to Abide by Stipulated Protective Order (Attachment A) should include an acknowledgment that the party agrees to submit to the jurisdiction of this Court if any dispute arises over their use of the information; and

4) Designate a time limit on the Court's jurisdiction to enforce the terms of the Order (e.g. six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: 1/3/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE