John W. Bassett (SBN 94833)
**NIVEN & SMITH**
425 California Street, 15th Floor
San Francisco, CA 94104
Tel: 415-981-5451
Fax: 415-433-5439
law@nivensmith.com

R. Bradford Fawley
**DOWNS RACHLIN MARTIN PLLC**
80 Linden Street
Brattleboro, VT 05301
Tel: 802-258-3070
Fax: 802-258-2286
bfawley@drm.com
Pro Hac Vice Counsel
Attorneys for Plaintiffs SL SERVICE, INC. and
LUMBERMEN'S MUTUAL CASUALTY COMPANY

Richard D. Hoffman (CSBN 76799)
Alan S. Feiler (CSBN 154765)
**NIXON PEABODY**
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Tel: 415-984-8200
Fax: 415-984-8300
rhoffman@nixonpeabody.com
Attorneys for Defendant
PACIFIC EMPLOYERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SL SERVICE, INC., a Delaware corporation, and LUMBERMEN'S MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | No. C05 01512 MJJ 1<br><br>Order granting:<br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER THEREON**<br>(L.R. 6-2) |

SETTLEMENT CONFIDENTIALITY AGREEMENT

S520938.1

TO THE HONORABLE COURT:

The parties, through their counsel of record, request the following extension of time: one month extension for all dates prior to the pre-trial conference. Pursuant to the case management order adopted by the Court on August 16, 2005, the discovery cut-off in this matter is set for January 27, 2006. Expert Discovery cut-off is March 3, 2006. Trial is set for September 25, 2006. No change in the trial date or pre-trial conference is requested and no prior modifications to the schedule have been requested or ordered.

The parties have engaged in written and documentary discovery and have taken the depositions of six witnesses. Five depositions are currently scheduled by agreement for January, 2006, including the depositions of principals. However, the parties believe it is now prudent to engage in concerted face to face settlement discussions in January among principals at the home office of Plaintiff in Jacksonville, FL. The parties therefore wish to focus their energies on these settlement discussions without incurring the significant expense and focus that the rapid close of discovery entails, including the taking of depositions. This will allow the parties to focus on settlement. To this end, the parties request an extension of time of one month on all dates prior to the pre-trial conference set for September 12, 2006 (which will remain unchanged).

The effect of the requested stipulated extension is as follows:

**(Date unchanged)** Telephonic status conference: January 10, 2006 at 1:45pm

**New date:** Discovery Cut-off - February 27, 2006

**New date:** Parties to name experts - March 6, 2006

**New date:** Expert Reports - March 13, 2006

STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER THEREON -2- S520938.1

1 | **New date:** Supplemental Expert Designation - March 20, 2006

2 | **New date:** Supplemental Reports - March 27, 2006

3 | **New date:** Dispositive motions shall be heard by - April 19, 2006.

All other dates including reference to the magistrate in April 2005 remain unchanged.

SO STIPULATED:

DATED: Dec 29, 2005

DOWNS RACHLIN MARTIN PLLC
NIVEN & SMITH
By: _____
Attorneys for Plaintiffs SL SERVICE, INC.
and LUMBERMEN'S MUTUAL
CASUALTY COMPANY

DATED: Dec 29, 2005

NIXON PEABODY

By: _____
RICHARD D. HOFFMAN
ALAN S. FEILER
Attorneys for Defendant PACIFIC
EMPLOYERS INSURANCE COMPANY

SO ORDERED:

SIGNED this 10 day of January, 2006.

| | |
|---|---|
| | _____ |
| | Judge, United States District Court for the Northern District of California |

STIPULATED REQUEST FOR ORDER CHANGING TIME AND    -3-                                    S520938.1
ORDER THEREON