John W. Bassett (CSBN 94833)
**NIVEN & SMITH**
425 California Street, 15th Floor
San Francisco, CA 94104-2118
Tel: 415-981-5451
Fax: 415-433-5439
law@nivensmith.com

R. Bradford Fawley (Pro Hac Vice)
**DOWNS RACHLIN MARTIN PLLC**
80 Linden Street
Brattleboro, VT 05301
Tel: 802-258-3070
Fax: 802-258-4875
bfawley@drm.com
Attorneys for Plaintiffs SL SERVICE, INC. and
LUMBERMEN'S MUTUAL CASUALTY COMPANY

Richard D. Hoffman (CSBN 77699)
Alan S. Feiler (CSBN 154765)
**NIXON PEABODY LLP**
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Tel: 415-984-8200
Fax: 415-984-8300
rhoffman@nixonpeabody.com
afeiler@nixinpeabody.com

Attorneys for Defendant
PACIFIC EMPLOYERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SL SERVICE, INC., a Delaware corporation, and LUMBERMEN'S MUTUAL CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendant. | No. C05 01512 MJJ 1<br><br>ORDER GRANTING<br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL

S530431.1

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1), each party to bear its own costs and attorney's fees.

DATED: March 20, 2006

DOWNS RACHLIN MARTIN PLLC
NIVEN & SMITH

By: _____
JOHN W. BASSETT
Attorneys for Plaintiffs SL SERVICE, INC.
and LUMBERMEN'S MUTUAL
CASUALTY COMPANY

DATED: March 20, 2006

NIXON PEABODY

By: _____
ALAN S. FEILER
Attorneys for Defendant PACIFIC
EMPLOYERS INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: 3/27/2006

_____
**MARTIN J. JENKINS**
UNITED STATES DISTRICT JUDGE